UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT CHARLES SMITH II, | Case No. 2:25-cv-0004-MMD-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| BRIDGECREST CREDIT COMPANY, LLC, ZANE'S INCORPORATIONS, EVA G, and MICHAEL GONZALES, | |
| Defendants. | |

On April 9, 2025, the U.S. Marshal Service filed a Summons Returned Unexecuted as to Zane's Investigations stating the address provided for service does not exist. ECF No. 12. The Court finds that Plaintiff's scrivener's error represented the address for service on Zane's Investigations was in Sparks, Nevada. The address is obviously in Las Vegas, Nevada.

Accordingly, IT IS HEREBY ODERED that the U.S. Marshal Service is requested to attempt service on Zane's Investigations at **3550 E. Charleston Blvd., Las Vegas, Nevada**. The Marshal Service is to serve the Summons, Plaintiff's Amended Complaint, and the Court's Screening Order on Zane's Investigations within fourteen (14) days of the date of this Order.

IT IS FURTHER ORDERED that the Clerk of Court **must** re-issue a Summons for Zane's Investigations and send the same together with a copy of Plaintiff's Amended Complaint (ECF No. 8) and the Court's Screening Order (ECF No. 10) to the U.S. Marshal Service for service of process on Zane's Investigations.

DATED this 11th day of April, 2025.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE